UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF YANIRA SERRANO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MENH TRIEU, et al.,<br><br>    Defendants. | Case No.  14-cv-04081-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiffs filed this civil rights action on September 9, 2014 and a case management conference was scheduled for December 11, 2014.  As of the date of this Order, however, the docket does not reflect that Defendants have been served, or even that summons has been issued.  Accordingly, the initial case management conference is continued to **February 26, 2014 at 1:30 p.m.**  Plaintiffs are reminded that pursuant to Federal Rule of Civil Procedure 4(m) service must be made within 120 days of the filing of the complaint.

**IT IS SO ORDERED**.

Dated: December 5, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge