# UNITED STATE DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF YANIRA SERRANO, by and through successors in interest, CARMEN GARCIA and IGNACIO SERRANO, and CARMEN GARCIA, IGNACIO SERRANO, LORENZO SERRANO, individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>MENH TRIEU, COUNTY OF SAN MATEO, DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | CASE NO. CV 14-04081-MMC<br><br>ORDER ON <br>**STIPULATION OF THE PARTIES FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**; [PROPOSED] ORDER |

**GOOD CAUSE APPEARING AND THE PARTIES HAVING STIPULATED:**

Having considered the Stipulation of the Parties to allow Plaintiffs to file their First Amended Complaint, the Court hereby orders that Plaintiffs have leave to file their First Amended Complaint without the need for a formal motion.  The Court also hereby ordered that the attached proposed First Amended Complaint (Exhibit "1") be deemed to be the amended pleading and that it be deemed filed and served as of the date the order is signed.

1

The Court further orders that Defendants shall be given twenty (20) days from April 17, 2015 to file and serve a responsive pleading.

~~SO ORDERED.~~

**PURSUANT TO STIPULATION, IT IS SO ORDERED**, with the exception that plaintiffs shall, no later than April 24, 2015, file their First Amended Complaint as a separate document.

Dated: April 20, 2015

By: *[signature]*
The Honorable Maxine M. Chesney
United States District Judge

2
**STIPULATION OF THE PARTIES FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**