IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF YANIRO SERRANO, by and through successors in interest, CARMEN GARCIA and IGNACIO SERRANO, and CARMEN GARCIA, IGNACIO SERRANO, and LORENZO SERRANO, individually,<br><br>Plaintiffs,<br><br>v.<br><br>MENH TRIEU, JULIAN VENCI, JUDY HUSARY, COUNTY OF SAN MATEO, DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | No. C 14-4081 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

On April 20, 2015, plaintiffs electronically filed a document titled "First Amended Complaint for Damages." Plaintiffs have violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiffs are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Plaintiffs are hereby advised that if they fail in the future to comply

1 with the Court's Standing Orders to provide a chambers copy of each electronically-filed
2 document, the Court may impose sanctions, including, but not limited to, striking from the
3 record any electronically-filed document of which a chambers copy has not been timely
4 provided to the Court.

5 **IT IS SO ORDERED.**

7 Dated: April 24, 2015

MAXINE M. CHESNEY
United States District Judge