1
2
3
4
5
6
7
8
9
10
11

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF YANIRA SERRANO, by and through successors in interest, CARMEN GARCIA and IGNACIO SERRANO, and CARMEN GARCIA, IGNACIO SERRANO, LORENZO SERRANO, individually,<br><br>        Plaintiffs,<br><br>  vs.<br><br>MENH TRIEU, COUNTY OF SAN MATEO, DOES 1 THROUGH 10, INCLUSIVE,<br><br>        Defendants. | CASE NO. CV 14-04081-MMC<br><br>[PROPOSED] **ORDER AUTHORIZING THE RELEASE OF MEDICAL EXAMINER'S PHOTOGRAPHS OF DECEDENT YANIRA SERRANO** |

**GOOD CAUSE APPEARING AND THE PARTIES HAVING STIPULATED:**

Having considered the Stipulation of the Parties to authorize the release of the medical examiner's photographs of the body of a deceased person, Yanira Serrano, which photographs were taken during an autopsy conducted on June 5, 2014 by the County of

-3-

JOINT STIPULATION AND ORDER AUTHORIZING THE RELEASE OF THE
CORONER'S PHOTOGRAPHS OF DECEDENT YANIRA SERRANO

1  San Mateo Coroner's Office (Autopsy Case No. 14-00855), the Court hereby orders the
2  release of the photographs.
3      SO ORDERED.
4
5  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**
6
7  Dated: October 21, 2015        By: _____
                                   The Honorable Maxine M. Chesney
8                                  United States District Judge

-4-