**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF YANIRA SERRANO, et al., | No. C-14-4081 MMC |
| Plaintiffs, | **ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' EXPERT DESIGNATION; REFERRING TO MAGISTRATE JUDGE PLAINTIFFS' OBJECTION TO DEFENDANTS' EXPERT DESIGNATION; DENYING DEFENDANT'S MOTION TO SHORTEN TIME** |
| v. | |
| MENH TRIEU, et al., | |
| Defendants. | |

Before the Court are defendant's "Motion to Strike Plaintiffs' Designation of Dr. James Gamble as an Expert and to Exclude Any Testimony from Dr. Gamble,"[1] filed December 17, 2015, and plaintiffs' "Objection to Defendants' Cumulative Expert Designation," filed December 16, 2015, which the Court construes as a motion to strike either Joseph John Callanan, Jr. or Jeffrey A. Martin as an expert. Pursuant to Civil Local Rule 72-1, said motions and all further discovery matters, are hereby REFERRED to a

---

[1] In connection therewith, defendant filed a "Motion to Shorten Time," in light of the previously set January 15, 2016, deadline for filing dispositive motions. At a recent Case Management Conference, however, the Court extended that deadline to January 29, 2016, and, accordingly, defendant's "Motion to Shorten Time" is hereby DENIED.

Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

After the parties have met and conferred, <u>see</u> Civil L.R. 37-1, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions - General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

**IT IS SO ORDERED.**

Dated: December 22, 2015

_____
MAXINE M. CHESNEY
United States District Judge

2