ARNOLDO CASILLAS, ESQ. (SBN 158519)
DENISSE O. GASTÉLUM, ESQ. (SBN 282771)
CASILLAS, MORENO & ASSOCIATES
3500 W. Beverly Blvd.
Montebello, CA 90640
Telephone:  (323) 725-0917
Facsimile:  (323) 725-0350
Email:  acasillas@morenolawoffices.com
            dgastelum@morenolawoffices.com

Attorneys for Plaintiffs,
ESTATE OF YANIRA SERRANO, by and through successors in interest, CARMEN GARCIA and IGNACIO SERRANO, and CARMEN GARCIA, IGNACIO SERRANO, LORENZO SERRANO, individually

JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
By: David A. Levy, Deputy (SBN 77181)
By: Adam W. Ely, Deputy (SBN 226199)
By: Kristina M. Paszek, Deputy (SBN 226351)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone:  (650) 363-4756
Facsimile:  (650) 363-4034
E-mail:  dlevy@smcgov.org

Attorneys for Defendants MENH TRIEU, JULIAN VENCI, JUDY HUSARY, and COUNTY OF SAN MATEO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF YANIRA SERRANO by and through Successors in interest, CARMEN GARCIA and IGNACIO SERRANO, and CARMEN GARCIA, IGNACIO SERRANO, LORENZO SERRANO, individually,<br><br>        Plaintiffs,<br><br>        vs.<br><br>MENH TRIEU, JULIAN VENCI, JUDY HUSARY, COUNTY OF SAN MATEO, DOES 1 THROUGH 10, INCLUSIVE,<br><br>        Defendants. | Case No. CV 14-04081-MMC<br><br>**STIPULATION TO DISMISS CERTAIN CLAIMS PURSUANT TO FRCP ~~42(a)(1)(A)(ii)~~ 41(a)(1)(A)(ii); ORDER APPROVING STIPULATION**<br><br>**THE HONORABLE MAXINE M. CHESNEY** |

Case No. CV 14-04081-MMC
STIPULATION TO DISMISS CERTAIN CLAIMS PURSUANT TO FRCP 42(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss with prejudice the following claims:

1. The Second Claim for Relief for "Municipal Liability for Unconstitutional Customs and Practices 42 U.S.C. § 1983" against Defendant County of San Mateo, alleged in Paragraphs 37-42 of the First Amended Complaint [Dkt. 25];
2. All claims alleged in the First Amended Complaint [Dkt. 25] against Defendant Julian Venci;
3. All claims alleged in the First Amended Complaint [Dkt. 25] against Defendant Judy Husary;
4. All claims alleged in the First Amended Complaint [Dkt. 25] against the County of San Mateo insofar as they are premised on allegations concerning the acts, omissions, supervision, training, and/or retention of Defendant County of San Mateo's 911 dispatchers, including Defendants Venci and Husary.

Dated: January 26, 2016

CASILLAS & ASSOCIATES

By: _____/s/_____
Arnoldo Casillas
Denisse O. Gastélum
Attorneys for Plaintiffs

Dated: January 26, 2016

JOHN C. BEIERS, COUNTY COUNSEL

By: _____/s/_____
David A. Levy, Deputy
Adam W. Ely, Deputy
Kristina M. Paszek, Deputy
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: Jan. 26, 2016

_____
Honorable Maxine M. Chesney

Case No. CV 14-04081-MMC      -2-
STIPULATION TO DISMISS CERTAIN CLAIMS PURSUANT TO FRCP 42(a)(1)(A)(ii)