IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF YANIRA SERRANO, et al., | No. C-14-4081 MMC |
| Plaintiffs, | **ORDER VACATING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| MENH TRIEU, et al., | |
| Defendants. | |

Before the Court is defendants' "Motion for Summary Judgment on Plaintiffs' Remaining Federal Claims," filed January 29, 2016. Plaintiffs have filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for March 4, 2016.

**IT IS SO ORDERED.**

Dated: March 1, 2016

MAXINE M. CHESNEY
United States District Judge